# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENKY BUDIONO, | No. 4:19-CV-01635 |
| Petitioner. | (Judge Brann) |
| v. | |
| WILLIAM BARR, | |
| Respondent. | |

## ORDER

**OCTOBER 29, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Budiono's 28 U.S.C. § 2241 petition (Doc. 1) is **DISMISSED** in part and **DENIED** in part;

2. The stay of removal entered by this Court on September 20, 2019, is **LIFTED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge